UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GURINDER JOHAL, <br> DILJOT SEKHON, <br> MARY CAROL WEISERT, <br> MATTHEW D. ALEXANDER, <br> JASPREET SEKHON, <br> TAMMI BLACKWELL, and <br> JEFF BLACKWELL, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN TACTICAL, INC., <br> ANTHONY DICHARIO, <br> JOSEPH CALABRO, <br> SCHMEISSER GMBH, and <br> 365 PLUS D.O.O., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:23-cv-00655-TWP-MJD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER TO SHOW CAUSE

On April 14, 2023, Plaintiffs filed their Complaint, initiating this action in federal court (Filing No. 1). The Complaint failed to sufficiently allege the citizenship of some of the Defendants, so the Court issued an Entry on Jurisdiction, ordering the Plaintiffs to file a supplemental jurisdictional statement to establish the Court's jurisdiction over the case (Filing No. 6). The Plaintiffs were required to file their supplemental jurisdictional statement no later than May 1, 2023. That deadline has passed, and the Plaintiffs have not filed a supplemental jurisdictional statement.

As the party asking this Court to invoke its jurisdiction, Plaintiffs must properly allege the citizenship of each of the parties to establish subject matter jurisdiction. *See Schur v. L.A. Weight Loss Ctrs., Inc.*, 577 F.3d 752, 758 (7th Cir. 2009); *Doe v. Allied-Signal, Inc.*, 985 F.2d 908, 911

(7th Cir. 1993). Having failed to file the required supplemental jurisdictional statement, the Plaintiffs are **ORDERED** to show cause by **May 22, 2023**, why this case should not be dismissed for lack of jurisdiction, failure to prosecute, or failure to obey court orders.

**SO ORDERED.**

Date: 5/9/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Daniel Sherwood Chamberlain
COHEN & MALAD LLP
dchamberlain@cohenandmalad.com