IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **GURINDER JOHAL**, personal representative of the Estate of **AMARJEET JOHAL**, and **DILJOT SEKHON**, personal representative of the Estate of **AMARJIT SEKHON**, and **JASPREET SEKHON**, personal representative of the Estate of **JASVINDER KAUR**, and **MARY 'CAROL' WEISERT**, personal representative of the Estate of **JOHN WEISERT**, and **MATTHEW D. ALEXANDER**, as the Natural Parent and Next Friend of **KARLI SMITH**, Deceased, and **JEFF BLACKWELL** and **TAMMI BLACKWELL** as Natural Parents and Next Friends of **SAMARIA BLACKWELL**, Deceased,<br><br>　　　　　**Plaintiffs,**<br><br>vs.<br><br>**AMERICAN TACTICAL, INC., ANTHONY DICHARIO, JOSEPH CALABRO, SCHMEISSER GMBH,** and **365 PLUS D.O.O.**<br><br>　　　　　**Defendants.** | Case No. 1:23-cv-00655-TWP-MJD |

**PLAINTIFFS' SUPPLEMENTAL NOTICE OF RULE 7.1(a)(2) DISCLOSURE STATEMENT PURSUANT TO THIS COURT'S ORDER**

Come Now Gurinder Johal, personal representative of the Estate of Amarjeet Johal, and Diljot Sekhon, personal representative of the Estate of Amarjit Sekhon, and Jaspreet Sekhon, personal representative of the Estate of Jasvinder Kaur, and Mary 'Carol' Weiser, personal representative of the Estate of John Weisert, and Matthew D. Alexander, as the Natural Parent and Next Friend of Karli Smith, Deceased, Jeff Blackwell and Tammi Blackwell as Natural Parents and Next Friends of Samaria Blackwell, Deceased by and through their undersigned counsel, and

1

pursuant to this Court's Order: Entry on Jurisdiction dated April 17, 2023, submit the following disclosure of Defendants' citizenship:

1. Defendant American Tactical, Inc. is a New York corporation with its principal place of business located at 231 Deming Way, Summerville, South Carolina 29483.

2. Defendant Anthony DiChario is the President of Defendant American Tactical and is a citizen of the State of New York.

3. Defendant Joseph Calabro is the Director of Marketing and Purchasing for American Tactical and is a citizen of the State of New York.

4. Defendant Schmeisser GMBH is a German corporation that manufactures firearm accessories, weapon system components, and firearms, including AR-15 style rifles, and distributes such merchandise into the United States through American Tactical and 365 Plus. Defendant has its principal place of business in Krefeld, Germany. Defendant Schmeisser GMBH has a principal place of business in Krefeld, Germany.

5. Defendant 365 Plus D.O.O. is a Slovenian corporation that designs, manufactures, and distributes firearms accessories and acted as a global distributor for Schmeisser firearm accessories. Defendant 365 Plus D.O.O. has its principal office located at Trpinceva 43k, 1000 Ljubljana, Slovenia.

Plaintiffs have amended their Complaint to reflect the above.

Respectfully submitted this 9th day of May 2023.

*/s/ Daniel S. Chamberlain*
Indiana Bar No. 16375-49

Cohen & Malad, LLC
One Indiana Square, , Suite 1400
Indianapolis, IN 46204
T (317) 636-6481
dchamberlain@cohenandmalad.com

*/s/ Melvin L Hewitt*
Melvin L. Hewitt, Jr.
Georgia Bar No. 350319
*Admitted Pro Hac*

Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, GA 30328
T (770) 351-4400
mel@isenberg-hewitt.com