UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GURINDER JOHAL, <br> DILJOT SEKHON, <br> MARY CAROL WEISERT, <br> MATTHEW D. ALEXANDER, <br> JASPREET SEKHON, <br> TAMMI BLACKWELL, and <br> JEFF BLACKWELL, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN TACTICAL, INC., <br> ANTHONY DICHARIO, <br> JOSEPH CALABRO, <br> SCHMEISSER GMBH, and <br> 365 PLUS D.O.O., <br><br> Defendants. | No. 1:23-cv-00655-TWP-MJD |

## SHOW CAUSE ORDER DISCHARGED

On May 9, 2023, the Court issued an Order to Show Cause why Plaintiffs failed to timely file a supplemental jurisdictional statement as ordered on April 17, 2023 (Filing No. 7). Specifically, the Court instructed, "Having failed to file the required supplemental jurisdictional statement, the Plaintiffs are **ORDERED** to show cause by **May 22, 2023**, why this case should not be dismissed for lack of jurisdiction, failure to prosecute, or failure to obey court orders." *Id.* at 2.

Plaintiffs promptly filed their supplemental jurisdictional statement and an Amended Complaint on May 9, 2023 (Filing No. 8; Filing No. 10). Therefore, the Order to Show Cause is **DISCHARGED**.

**SO ORDERED.**

Date:  5/11/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Daniel Sherwood Chamberlain
COHEN & MALAD LLP
dchamberlain@cohenandmalad.com