IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **GURINDER JOHAL, personal representative** of the Estate of AMARJEET JOHAL, and **DILJOT SEKHON, personal representative** of the Estate of AMARJIT SEKHON, and **JASPREET SEKHON, personal representative** of the Estate of JASVINDER KAUR, and **MARY 'CAROL' WEISERT, personal representative** of the Estate of JOHN WEISERT, and **MATTHEW D. ALEXANDER, as the Natural Parent and Next Friend of KARLI SMITH, Deceased, and JEFF BLACKWELL and TAMMI BLACKWELL as Natural Parents and Next Friends of SAMARIA BLACKWELL, Deceased,** <br><br>**Plaintiffs,** <br><br>vs. <br><br>**AMERICAN TACTICAL, INC., ANTHONY DICHARIO, JOSEPH CALABRO, SCHMEISSER GMBH, and 365 PLUS D.O.O.** <br><br>**Defendants.** | Case No. 1:23-cv-00655-TWP-MJD |

**PLAINTIFFS' UNCONTESTED MOTION TO TRANSFER VENUE**

Plaintiffs, GURINDER JOHAL, personal representative of the Estate of AMARJEET JOHAL, and DILJOT SEKHON, personal representative of the Estate of AMARJIT SEKHON, and JASPREET SEKHON, personal representative of the Estate of JASVINDER KAUR, and MARY "CAROL" WEISERT, personal representative of the Estate of JOHN WEISERT, and MATTHEW D. ALEXANDER as the Natural Parent and Next Friend of KARLI SMITH, Deceased, and JEFF BLACKWELL and TAMMI BLACKWELL as Natural Parents and Next Friends of SAMARIA BLACKWELL, deceased, by and through their undersigned counsel, respectfully move this Court pursuant to 28 U.S.C. § 1404(a) to transfer venue of this action to the United States District Court for the Western District of New York, and in support thereof state as follows:

1. Transfer is proper because venue and jurisdiction are both proper in the transferor and transferee districts.

2. This case arises out of and is identical to an earlier filed case *Bains v. American Tactical, Inc.*, No. 6:23-cv-06208-EAW (W.D.N.Y., filed Apr. 13, 2023).

3. Plaintiffs seek to transfer the instant case to the Western District of New York for the purpose and intent of seeking consolidation with the earlier filed *Bains* case.

4. The transfer of this matter for consolidation will not prejudice any party and is in the interest of justice and judicial economy.

WHEREFORE, Plaintiffs respectfully seek an order transferring this action to the United States District Court for the Western District of New York.

Respectfully submitted this 13th day of June, 2023.

/s/Daniel S. Chamberlain
Daniel S. Chamberlain, Esq. (IN Bar No. 16375-49)
COHEN & MALAD, LLP
One Indiana Square, #1400
Indianapolis, IN 46204
Ph: 317-636-6481
dchamberlain@cohenandmalad.com

/s/Melvin S. Hewitt
Melvin L. Hewitt, Esq. (*pro hac vice* to be filed)
Georgia Bar No. 350319
ISENBERG & HEWITT, PC
600 Embassy Row, #150
Atlanta, GA 30328
Ph: 770-351-4400
mel@isenberg-hewitt.com

*Counsel for Plaintiffs*